IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS THOMPSON, | : | Case No. 3:13-CV-02605 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Cohn) |
| | : | |
| CAROLYN W. COLVIN, | : | |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |
| | : | |
| Defendant. | : | |

**ORDER**
March 3, 2015

Before the Court in the above captioned action is a January 28, 2015 Report and Recommendation of the Magistrate Judge Gerald B. Cohn. ECF No.12. No objections have been filed to the Report and Recommendation.

Because this Court agrees with Magistrate Judge Cohn's analyses and conclusions, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**IT IS HEREBY ORDERED THAT:**

1. The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2. The decision of the Commissioner of Social Security denying Plaintiff's

social security disability insurance is **VACATED** and the case **REMANDED** to the Commissioner to develop the record fully, conduct a new administrative hearing and appropriately evaluate the evidence.

3. The Clerk is directed to enter final judgment in favor of the Plaintiff and against the Commissioner, and to **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge